# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA HUBBARD,<br><br>    Plaintiff,<br>  v.<br><br>PNS STORES, INC., dba BIG LOTS #04295,<br><br>    Defendant. | CASE NO. 09 CV 0559 JM BLM<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>Doc. No. 8 |

On review of the parties' joint motion, and for good cause showing, the court hereby **GRANTS** the motion and **DISMISSES** the above-captioned proceeding in its entirety, with prejudice, under Fed. R. Civ. P. 41. The Clerk of Court is instructed to close the case file.

**IT IS SO ORDERED.**

DATED: June 16, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge